## UNITED STATES FIDELITY & GUARANTY CO. v. Mrs. W. C. ROCHESTER et al. (No. 14585.)

(Supreme Court of Texas. April 7, 1926.)

Error to Court of Civil Appeals of Second Supreme Judicial District.

Docket entry in refusing application for writ of error.

Seay, Seay, Malone & Lipscomb, of Dallas, and Wantland, Dickey & Glasgow, of Henrietta, for applicant.

PER CURIAM. This case was rightly decided by the Court of Civil Appeals (281 S. W. 306) under the principle announced in the opinion of this court in the case of Cassell et al. v. United States Fidelity & Guaranty Company (Tex. Sup.) 283 S. W. 127, this day determined.